# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: [CASE NAME] **Bernabe, Manuel Lydia**

Case No. **09-13257**

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: **September**     PETITION DATE: **March 10, 1985 2009**

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $0 | | |
| b. Total Assets | $0 | | |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $0 | | |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | 10,666.60 | 17,152.09 | (6,485.47) $0 |
| b. Total Disbursements | 9,319.51 $0 | 16,092.44 | (6,772.93) $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | 1,347.11 $0 | 1,059.65 $0 | 287.46 $0 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                        Yes    No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)   ✓
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   ✓
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?
13. Are a plan and disclosure statement on file?
14. Was there any post-petition borrowing during this reporting period?   ✓

15. Check if paid: Post-petition taxes ___;   U.S. Trustee Quarterly Fees ✓ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: **October 4, 2009**          **Lydia Bernabe**
                                    Responsible Individual

Revised 1/1/98

5:35 PM
10/13/09
Cash Basis

# BERNABE MANUEL AND LYDIA
## Profit & Loss
### September 2009

|  | Sep 09 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income | 10,666.62 |
| **Total Income** | 10,666.62 |
| **Expense** | |
| Automobile Expense Honda FS | 636.36 |
| Business Cards BofA | 228.37 |
| Business License Clark County | 100.00 |
| Caregiver Expenses | 1,600.00 |
| Cell Phone Criket | 56.27 |
| Clothings Expenses | 139.31 |
| Cox Communications | 561.89 |
| Dining Expenses | 311.85 |
| EM Expense | 216.00 |
| Entertainment Expense | 35.00 |
| Food/Groceries Expense | 943.02 |
| Gasoline Expenses | 490.65 |
| GLVAR -MLS Fees | 270.00 |
| Grooming Expense | 108.00 |
| HOA Bacarra Ridge | 46.25 |
| HOA Sunrise Trails | 29.90 |
| HOA Tramonto Villagio | 48.00 |
| Honda Financial Seminar | 1,065.13 |
| Laundry Expenses | 150.00 |
| Maintenance Cleaning Expense | 506.00 |
| Medication Training Fee | 120.00 |
| Medicines Expenses | 137.60 |
| NV State Public Safety | 51.25 |
| Office Supplies | 58.76 |
| Repairs/Maintenance | 17.17 |
| Republic Services | 78.66 |
| Southwest Gas Corp | 85.80 |
| Telephone Sprint | 200.00 |
| U.S.Trsutee | 325.00 |
| Uniforms Expense | 168.53 |
| Utilities | |
|    Electric | 441.84 |
| **Total Utilities** | 441.84 |
| Water District | 92.90 |
| **Total Expense** | 9,319.51 |
| **Net Ordinary Income** | 1,347.11 |
| **Net Income** | 1,347.11 |

ART JAVIER TAX & FINANCIAL SERVICES
1412 E. CHARLESTON BLVD., LAS VEGAS, NV 89104
(702) 383-9003 (702) 737-8297
P TIN: P00203391

AR. JAVIER EA
Lic #74126

Page 1