# Exhibit A

# Residential Appraisal Report

File No. 6363PINI

## PURPOSE

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name/Intended User LYDIA BERNABE  E-mail LYDIABERNABE@HOTMAIL.COM
Client Address 9550 GONDOLIER ST   City LAS VEGAS   State NV   Zip 89178
Additional Intended User(s) N/A

Intended Use THE INTENDED USE OF THIS APPRAISAL IS FOR PERSONAL USE ONLY.

## SUBJECT

Property Address 6363 PINION JAY ST   City LAS VEGAS   State NV   Zip 89148-5724
Owner of Public Record BERNABE LYDIA & MANUEL   County CLARK
Legal Description SPINNAKER AT SOUTHWEST RANCH-UNIT 3 PLAT BOOK 113 PAGE 24 LOT 110 BLOCK 4
Assessor's Parcel # 163-31-811-098   Tax Year 2009   R.E. Taxes $ 3,423.04
Neighborhood Name SPINNAKER AT SOUTHWEST RANCH   Map Reference 62-B6 METRO MAP   Census Tract 0058.21
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

## SALES HISTORY

My research [X] did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:   Date 02/26/2007   Price N/A   Source(s) MLS/PUBLIC RECORDS
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)   THE SUBJECT TRANSFERRED ON 02/26/2007 FROM BERNABE REVOCABLE TRUST TO BERNABE LYDIA & MANUEL B.

Offerings, options and contracts as of the effective date of the appraisal   N/A

## NEIGHBORHOOD

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [ ] Stable [X] Declining | PRICE / AGE | One-Unit 65 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [ ] In Balance [X] Over Supply | $(000) (yrs) | 2-4 Unit 0 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 89 Low 1 | Multi-Family 10 % |
| | | 440 High 9 | Commercial 10 % |
| | | 180 Pred. 2-4 | Other VAC. 15 % |

Neighborhood Boundaries W HACIENDA AVE TO THE NORTH, THE 215 BELTWAY TO THE EAST, W WARM SPRINGS RD TO THE SOUTH, AND S HUALAPAI WY TO THE WEST.

Neighborhood Description THE SUBJECT IS LOCATED WITHIN THE WEST PORTION OF THE LAS VEGAS VALLEY. THE SUBJECT IS LOCATED APPROXIMATELY 12 MILES FROM DOWNTOWN AND 10 MILES FROM THE LAS VEGAS STRIP, WHICH ARE THE TWO MAIN EMPLOYMENT AREAS. CONVENIENCES SUCH AS SCHOOLS, SHOPPING, DINING, PARKS, ETC. ARE ALL LOCATED WITHIN A 1 MILE RADIUS.

Market Conditions (including support for the above conclusions) WITHIN THE PAST 18 MONTHS AVERAGE SALES PRICES HAVE BEEN UNSTABLE AND DECLINING WITHIN THE LAS VEGAS VALLEY. THE MARKET CURRENTLY HAS AN OVER SUPPLY OF INVENTORY. IT IS TYPICAL FOR SELLERS IN THIS MARKET TO PAY UP TO 3% TOWARDS BUYERS CLOSING COSTS.

## SITE

Dimensions 50 X 112 PER ASSESSORS   Area 5663 SF+/- PER TAX   Shape RECTANGULAR   View RESIDENTIAL
Specific Zoning Classification R-2 (PLANNED RS)   Zoning Description MEDIUM DENSITY RESIDENTIAL 8 UNITS (RES. SUBURBAN UP TO 8)
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No   If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | UNDERGROUND | Water | [X] | CITY | Street ASPHALT | [X] | [ ] |
| Gas | [X] | PUBLIC | Sanitary Sewer | [X] | CITY | Alley NONE | [ ] | [ ] |

Site Comments AT THE TIME OF INSPECTION THERE WERE NO ADVERSE SITE CONDITIONS OR EXTERNAL FACTORS.

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls CONCRETE/AVG | Floors LAM/TILE/AVG |
| # of Stories 2 | [ ] Full Basement [ ] Partial Basement | Exterior Walls FRM.STUCCO/AVG | Walls DRYWALL/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 0.0000 sq. ft. | Roof Surface TILE/AVG | Trim/Finish WOOD/PAINT/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish % | Gutters & Downspouts GUTTERS/AVG | Bath Floor LAM/TILE/AVG |
| Design (Style) 2 STORY DET. | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type LOW-E/AVG | Bath Wainscot FIBERGLASS/AVG |
| Year Built 2004 | | Storm Sash/Insulated N/A | Car Storage [ ] None |
| Effective Age (Yrs) 4 | | Screens YES/AVG | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities [ ] WoodStove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel GAS | [X] Fireplace(s) # 1 [X] Fence BLOCK | [X] Garage # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck COVD [X] Porch COVD | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [ ] Att. [ ] Det. [X] Built-in |
| Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | |

Finished area above grade contains:   9 Rooms   5 Bedrooms   3.5 Bath(s)   3,232 Square Feet of Gross Living Area Above Grade

Additional Features THE SUBJECT FEATURES AN ALARM SYSTEM, PLANTATION SHUTTERS, SOFT WATER SYSTEM, CORIAN COUNTERS, STAINLESS STEEL APPLIANCES, REVERSE OSMOSIS, FIREPLACE, SURROUND SOUND, CEILING FANS, SEPARATE SHOWER, DUAL VANITY, ETC.

Comments on the Improvements THE CONDITION OF THE IMPROVEMENTS IS AVERAGE AND TYPICAL FOR THE MARKET. TYPICAL PHYSICAL DEPRECIATION NOTED. NO EXTERNAL OR FUNCTIONAL OBSOLESCENCE NOTED.



## Residential Appraisal Report

File No. 6363PINI

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6363 PINION JAY ST<br>LAS VEGAS | 9628 SCRUB JAY CT<br>LAS VEGAS, NV 89148 | | 9684 ROLLING THUNDER AVE<br>LAS VEGAS, NV 89148 | | 9717 GROUSE GROVE AVE<br>LAS VEGAS, NV 89148 | |
| Proximity to Subject | | 0.10 MILES E | | 0.04 MILES SSE | | 0.12 MILES NNW | |
| Sale Price | $ | $ | 265,000 | $ | 228,500 | $ | 250,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 82.22 sq. ft. | | $ 68.03 sq. ft. | | $ 83.06 sq. ft. | |
| Data Source(s) | MLS/PUBLIC REC | ML#901646/PUBLIC RECORDS | | ML#928698/PUBLIC RECORDS | | ML#904464/PUBLIC RECORDS | |
| Verification Source(s) | INSPECTION | DOC# 2009061803537 DOM=105 | | DOC# 2009061904591 DOM=10 | | DOC# 2009042104126 DOM=28 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | FHA | | FHA | | CONV | |
| Concessions | N/A | NONE | | $6,855 | | $5,000 | |
| Date of Sale/Time | N/A | 06/18/2009 | -6,500 | 06/19/2009 | -5,500 | 04/21/2009 | -18,500 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5663 SF+/- | 6534 SF+/- | | 6098 SF+/- | | 5227 SF+/- | |
| View | TYPICAL RESID. | TYPICAL RESID. | | TYPICAL RESID. | | TYPICAL RESID. | |
| Design (Style) | 2 STORY DET. | 2 STORY DET. | | 2 STORY DET. | | 2 STORY DET. | |
| Quality of Construction | FRM/STUCCO | FRM/STUCCO | | FRM/STUCCO | | FRM/STUCCO | |
| Actual Age | 5 YEARS/2004 | 4 YEARS/2005 | | 5 YEARS/2004 | | 6 YEARS/2003 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 9 / Bdrms 5 / Baths 3.5 | Total 9 / Bdrms 5 / Baths 3.5 | | Total 10 / Bdrms 6 / Baths 4.5 | -5,000 | Total 10 / Bdrms 5 / Baths 3 | 2,500 |
| Gross Living Area 45.00 | 3,232 sq. ft. | 3,223 sq. ft. | 405 | 3,359 sq. ft. | -5,715 | 3,010 sq. ft. | 9,990 |
| Basement & Finished Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | GAS FAU C/AIR | GAS FAU C/AIR | | GAS FAU C/AIR | | GAS FAU C/AIR | |
| Energy Efficient Items | LOW-E WINDOWS | DUAL PANE WNDS | | DUAL PANE WNDS | | DUAL PANE WNDS | |
| Garage/Carport | 2 CAR GARAGE | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | COVERED PATIO | COVERED PATIO | | COVD PAT/BALC | -2,000 | COVERED PATIO | |
| | BUILT INS UPGRDS | SIMILAR | | INFERIOR | 10,000 | SIMILAR | |
| | YARD IMPRVMNTS | SIMILAR | | SIMILAR | | SIMILAR | |
| POOL/SPA | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 6,095 | [ ]+ [X]- $ | 8,215 | [ ]+ [X]- $ | 6,010 |
| Adjusted Sale Price of Comparables | | Net Adj. -2.3%<br>Gross Adj. 2.6% $ | 258,905 | Net Adj. -3.6%<br>Gross Adj. 12.3% $ | 220,285 | Net Adj. -2.4%<br>Gross Adj. 12.4% $ | 243,990 |

Summary of Sales Comparison Approach   ALL 6 COMPARABLE SALES ARE LOCATED WITHIN THE SUBJECT'S NEIGHBORHOOD AND ARE SIMILAR IN FUNCTION AND UTILITY.  COMPARABLE 1 IS REPORTED TO BE A MODEL MATCH PROPERTY LOCATED WITHIN THE SUBJECT'S SUBDIVISION.  COMPARABLE 2 IS INFERIOR FOR UPGRADED FLOORING, PLANTATION SHUTTERS, CUSTOM PAINT, ETC.  THE COMPARABLES UTILIZED WERE THE BEST AVAILABLE AT THE TIME OF INSPECTION.

### COST APPROACH TO VALUE

Site Value Comments   THE OPINION OF SITE VALUE IS SUPPORTED BY LOCAL MARKET KNOWLEDGE BASED ON CURRENT AND/OR PRIOR ANALYSIS OF LAND SALES IN THE SUBJECT MARKET AREA.  EXTRACTION OF LAND VALUE FROM IMPROVED SALES IS UTILIZED IN MANY CASES WHEN IT IS DIFFICULT TO FIND VACANT LOT SALES SIMILAR IN SIZE TO THAT OF THE SUBJECT.  THE COST APPROACH WAS NOT COMPLETED AS IT WAS NOT IN THE APPRAISER'S SCOPE OF WORK.

ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW       OPINION OF SITE VALUE ................................. = $
Source of cost data                                                                       Dwelling        3,232 Sq. Ft. @ $                ............ = $        0
Quality rating from cost service          Effective date of cost data                                                    Sq. Ft. @ $                ............ = $
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
                                                                                          Garage/Carport  446   Sq. Ft. @ $                ............ = $        0
                                                                                          Total Estimate of Cost-New                                ............ = $        0
                                                                                          Less    Physical    Functional    External
                                                                                          Depreciation                                                         = $ (      0)
                                                                                          Depreciated Cost of Improvements ............................. = $        0
                                                                                          "As-is" Value of Site Improvements ............................. = $

                                                                                          INDICATED VALUE BY COST APPROACH ..................... = $        0

### INCOME APPROACH TO VALUE

Estimated Monthly Market Rent $                X Gross Rent Multiplier          = $                      Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

Indicated Value by: Sales Comparison Approach $245,000        Cost Approach (if developed) $ 0              Income Approach (if developed) $

This appraisal is made  [X] "as is,"  [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed    [ ] subject to the following:

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 245,000        as of 07/22/2009                        , which is the effective date of this appraisal.



Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2
Epic Appraisal Services
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc., All Rights Reserved
(gPAR™) General Purpose Appraisal Report  12/2005
GPAR1004_05.08112008

Residential Appraisal Report — File No. 6363PINI

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6363 PINION JAY ST / LAS VEGAS | 10049 TWILIGHT CANYON CT / LAS VEGAS, NV 89148 | | 9697 ROLLING THUNDER AVE / LAS VEGAS, NV 89148 | | 6249 WHISPERING CREEK ST / LAS VEGAS, NV 89148 | |
| Proximity to Subject | | 1.45 MILES NNW | | 0.04 MILES S | | 0.14 MILES NNW | |
| Sale Price | $ | $ | 255,000 | $ | 269,900 | $ | 200,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 73.91 sq. ft. | | $ 80.35 sq. ft. | | $ 59.54 sq. ft. | |
| Data Source(s) | MLS/PUBLIC REC | ML#853634/PUBLIC RECORDS | | ML#949484/PUBLIC RECORDS | | ML#942800/PUBLIC RECORDS | |
| Verification Source(s) | INSPECTION | DOC# 2009063000788 DOM=267 | | CURRENT LISTING | | CURRENT LISTING | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A / N/A | FHA / $8,150 | | ADJUST LIST PRICE | NONE | ADJUST LIST PRICE | NONE |
| Date of Sale/Time | N/A | 06/30/2009 | | CURRENT LISTING | | CURRENT LISTING | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5663 SF+/- | 7529 SF+/- | -3,000 | 5227 SF+/- | | 5663 SF+/- | |
| View | TYPICAL RESID. | TYPICAL RESID. | | TYPICAL RESID. | | TYPICAL RESID. | |
| Design (Style) | 2 STORY DET. | 2 STORY DET. | | 2 STORY DET. | | 2 STORY DET. | |
| Quality of Construction | FRM/STUCCO | FRM/STUCCO | | FRM/STUCCO | | FRM/STUCCO | |
| Actual Age | 5 YEARS/2004 | 8 YEARS/2001 | | 5 YEARS/2004 | | 5 YEARS/2004 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 9 / Bdrms 5 / Baths 3.5 | Total 9 / Bdrms 4 / Baths 2.5 | 5,000 | Total 10 / Bdrms 5 / Baths 3.5 | | Total 10 / Bdrms 5 / Baths 3.5 | |
| Gross Living Area 45.00 | 3,232 sq. ft. | 3,450 sq. ft. | -9,810 | 3,359 sq. ft. | -5,715 | 3,359 sq. ft. | -5,715 |
| Basement & Finished Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | GAS FAU C/AIR | GAS FAU C/AIR | | GAS FAU C/AIR | | GAS FAU C/AIR | |
| Energy Efficient Items | LOW-E WINDOWS | DUAL PANE WNDS | | DUAL PANE WNDS | | DUAL PANE WNDS | |
| Garage/Carport | 2 CAR GARAGE | 3 CAR GARAGE | -5,000 | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | COVERED PATIO | COVERED PATIO | 2,000 | COVERED PATIO | | COVERED PATIO | |
| | BUILT INS UPGRDS | SIMILAR | | SIMILAR | | SIMILAR | |
| | YARD IMPRVMNTS | INFERIOR | 2,500 | INFERIOR | 2,500 | INFERIOR | 2,500 |
| POOL/SPA | NONE | NONE | | NONE | | NONE | |
| Net Adjustment (Total) | | [X] - $ | 8,310 | [X] - $ | 3,215 | [X] - $ | 3,215 |
| Adjusted Sale Price of Comparables | | Net Adj. -3.3% / Gross Adj. 10.7% | $ 246,690 | Net Adj. -1.2% / Gross Adj. 3.0% | $ 266,685 | Net Adj. -1.6% / Gross Adj. 4.1% | $ 196,785 |

Summary of Sales Comparison Approach



Produced using ACI software, 800.234.8727 www.aciweb.com  Additional Comparables
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2005
GPAR1004 05081120008

SUBJECT PROPERTY PHOTO ADDENDUM

File No. 6363PIN1



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: July 22, 2009



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

COMPARABLE PROPERTY PHOTO ADDENDUM

File No. 6363PINI



### COMPARABLE SALE #1

9628 SCRUB JAY CT
LAS VEGAS, NV 89148
Sale Date: 06/18/2009
Sale Price: $ 265,000



### COMPARABLE SALE #2

9684 ROLLING THUNDER AVE
LAS VEGAS, NV 89148
Sale Date: 06/19/2009
Sale Price: $ 228,500



### COMPARABLE SALE #3

9717 GROUSE GROVE AVE
LAS VEGAS, NV 89148
Sale Date: 04/21/2009
Sale Price: $ 250,000

COMPARABLE PROPERTY PHOTO ADDENDUM

File No. 6363PINI



COMPARABLE SALE #4

10049 TWILIGHT CANYON CT
LAS VEGAS, NV 89148



COMPARABLE SALE #5

9697 ROLLING THUNDER AVE
LAS VEGAS, NV 89148



COMPARABLE SALE #6

6249 WHISPERING CREEK ST
LAS VEGAS, NV 89148

File No. 6363PINI



KITCHEN



FAMILY ROOM



MAIN BATHROOM

File No. 6363PINI



SIDE VIEW

FLOORPLAN

File No. 6363PINI



Sketch by Apex Medina™
Comments:

| AREA CALCULATIONS SUMMARY ||||
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1628.7 | 1628.7 |
| GLA2 | Second Floor | 1683.0 | |
| | Second Floor | -80.0 | 1603.0 |
| GAR | Garage | 446.3 | 446.3 |
| P/P | COVD PATIO | 200.0 | 200.0 |

| LIVING AREA BREAKDOWN ||
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 14.0 x 8.0 | 112.0 |
| 39.0 x 31.0 | 1209.0 |
| 4.0 x 7.0 | 28.0 |
| 14.0 x 19.0 | 266.0 |
| 0.5 x 5.0 x 4.0 | 10.0 |
| Curve 6.7 @ 60.0° | 3.7 |
| Second Floor | |
| 14.0 x 8.0 | 112.0 |
| 39.0 x 39.0 | 1521.0 |
| 1.0 x 12.0 | 12.0 |
| 2.0 x 19.0 | 38.0 |
| 8.0 x 10.0 | -80.0 |

| Net LIVABLE Area | (rounded) | 3232 | 11 Items | (rounded) | 3232 |
|---|---|---|---|---|---|

DIMENSION LIST ADDENDUM

File No. 6363PINI

| GROSS BUILDING AREA (GBA) | | | 3,232 |
|---|---|---|---|
| GROSS LIVING AREA (GLA) | | | 3,232 |
| Area(s) | Area | % of GLA | % of GBA |
| Living | 3,232 | | 100.00 |
| Level 1 | 1,629 | 50.40 | 50.40 |
| Level 2 | 1,603 | 49.60 | 49.60 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 200 | 6.19 | 6.19 |
| Basement (GBA ☐) | 0 | | |
| Garage (☐) | 446 | | |

| Area Measurements | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| Measurements | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 8.00 x 14.00 | x 1.00 = | 112.00 | X | | | | | |
| 31.00 x 39.00 | x 1.00 = | 1,209.00 | X | | | | | |
| 7.00 x 4.00 | x 1.00 = | 28.00 | X | | | | | |
| 19.00 x 14.00 | x 1.00 = | 266.00 | X | | | | | |
| 4.00 x 5.00 | x 0.50 = | 10.00 | X | | | | | |
| 3.71 x 1.00 | x 1.00 = | 3.71 | X | | | | | |
| 4.00 x 5.00 | x 0.50 = | 10.00 | | | | | | X |
| 20.00 x 18.00 | x 1.00 = | 360.00 | | | | | | X |
| 5.00 x 16.00 | x 1.00 = | 80.00 | | | | | | X |
| -3.71 x 1.00 | x -1.00 = | -3.71 | | | | | | X |
| 8.00 x 14.00 | x 1.00 = | 112.00 | | X | | | | |
| 39.00 x 39.00 | x 1.00 = | 1,521.00 | | X | | | | |
| 12.00 x 1.00 | x 1.00 = | 12.00 | | X | | | | |
| 19.00 x 2.00 | x 1.00 = | 38.00 | | X | | | | |
| 10.00 x 8.00 | x 1.00 = | 80.00 | | X | | | | |

PLAT MAP

File No. 6363PINI



8777 W MAULE AVE #2153, LAS VEGAS, NV 89148   702.586.0315   FAX 702.586.0319

LOCATION MAP

File No. 6363PINI



8777 W MAULE AVE #2153, LAS VEGAS, NV  89148   702.586.0315    FAX 702.586.0319

FLOOD MAP

File No. 6363PINI



8777 W MAULE AVE #2153, LAS VEGAS, NV 89148   702.586.0315   FAX 702.586.0319

CERTIFICATE

File No. 6363PIN1

## APPRAISER CERTIFICATE

STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY

NOT TRANSFERABLE        REAL ESTATE DIVISION        NOT TRANSFERABLE

This is to Certify That: JAMES G MITCHELL        Certificate Number: A.0007755-CR

Is duly authorized to act as a CERTIFIED RESIDENTIAL APPRAISER from the issue date to the expiration date at the business address stated here in, unless the certificate is sooner revoked, cancelled, withdrawn, or invalidated.

Issue Date: March 11, 2008        Expire Date: February 28, 2010

In witness whereof, THE DEPARTMENT OF BUSINESS AND INDUSTRY, REAL ESTATE DIVISION, by virtue of the authority vested in it by Chapter 645C of the Nevada Revised Statues, has caused this Certificate to be issued with its Seal printed thereon. This certificate must be conspicuously displayed in place of business.

FOR  EPIC APPRAISAL SERVICES        REAL ESTATE DIVISION
     8777 W MAULE AVE #2153
     LAS VEGAS, NV 89148

                                    ANN M McDERMOTT
                                    Administrator