**Entered on Docket
March 29, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

---

Edward S. Coleman, Esq., NSB 000601
Elizabeth DeFlyer, Esq. 010021
Coleman Law Associates, APLC
9708 S. Gilespie Street, Suite A-106
Las Vegas, NV 89183-7614
Telephone: (702) 699-9000
Facsimile: (702) 699-9006
E-Mail: mail@coleman4law.com
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>LYDIA LLANES BERNABE dba SUN RISE, LLC; dba L & M RESIDENTIAL; fdba BOARD AND GO SERVICES, INC.; dba SOUTHERN HILLS BOARD & CARE HOME LLC,<br><br>and<br><br>MANUEL BALLANGCA BERNABE dba SUN RISE, LLC; dba L & M RESIDENTIAL; fdba BOARD AND GO SERVICES, INC.; dba SOUTHERN HILLS BOARD & CARE HOME, LLC,<br><br>                                   Debtors. | Case No. 09-13257-mkn<br>Chapter 11<br><br>Hearing Date: March 17, 2010<br>Hearing Time: 9:30 A.M. |

**ORDER ON MOTION OF THE DEBTORS FOR THE ENTRY OF AN ORDER: (i) APPROVING FORM OF BALLOTS AND PROPOSED SOLICITATION AND TABULATION PROCEDURES; (ii) FIXING THE VOTING DEADLINE WITH RESPECT TO THE DEBTORS' CHAPTER 11 PLAN; (iii) PRESCRIBING THE FORM AND MANNER OF NOTICE THEREOF; (iv) FIXING THE LAST DATE FOR FILING OBJECTIONS TO CHAPTER 11 PLAN; (v) SCHEDULING A HEARING TO (A) APPROVE THE DISCLOSURE STATEMENT; AND (B) CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN; and (vi) APPOINTING COLEMAN LAW ASSOCIATES, APLC AS SOLICITATION AND TABULATION AGENT**

Upon the application dated February 12, 2010, (the "**Scheduling Motion**"), with the Amended Disclosure Statement dated February 12, 2010 (the "**Disclosure Statement**") of Lydia and Manuel Bernabe, (the **"Debtors"),** as debtors in possession, for an order, (i) approving the form of ballots and proposed solicitation and tabulation procedures for the plan of Reorganization of Lydia and Manuel Bernabe (as such plan may be amended from time to time, the "**Plan**"); (ii) fixing the voting deadline with respect to the Plan, (iii) prescribing the form and manner of notice thereof; (iv) fixing the last day for filing objections to the Plan; (v) scheduling a hearing to consider (a) approval of the disclosure statement and (b) the confirmation of the Plan, and (vi) approving Coleman Law Associates ("**CLA**") as the Debtors' solicitation and tabulation agent (the "**Solicitation and Tabulation Agent**"); and it appearing that the Court has jurisdiction over this matter; and it further appearing that the relief requested in the Scheduling Motion is in the best interest of the Debtors, their bankruptcy estate and their creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that pursuant to §1125 of the Bankruptcy Code and Rule 3017(b) of the Federal Rules of Bankruptcy Procedure, the Revised Disclosure Statement dated February 12, 2010 is hereby conditionally approved; and it is further

**ORDERED** that pursuant to Bankruptcy Rule 3017(c), April 25, 2010 at 5:00 p.m. Pacific Time shall be the last date to vote to accept or reject the Plan #2 (the "**Voting Deadline")**; and it is further

**ORDERED** that pursuant to §1128(a) of the Bankruptcy Code and Bankruptcy Rule 3017(c), the Confirmation Hearing in this Chapter 11 case shall be held on May 5, 2010 at 9:30 a.m.; and it is further

Page 2

COLEMAN LAW ASSOCIATES, A PROFESSIONAL LAW CORPORATION
9708 South Gilespie Street, Suite A-106
Las Vegas, NV 89183
Telephone (702) 699-9000   Facsimile (702) 699-9006

1     **ORDERED** that pursuant to Bankruptcy Rules 3020(b) and 9006(c)(1), objections, if any, to confirmation of the Amended Plan #2 dated 3/23/10 shall be in writing and shall: (a) state the name and address of the objecting party and the nature and the amount of the claim or interest of such party, (b) state with particularity the basis and nature of each objection or proposed modification to the Amended Plan #2 dated 3/23/10 and (c) be filed, together with proofs of service, with the Court (with a copy delivered to chambers) and served so that objections are actually received by the parties listed below, no later than April 25, 2010, at 5:00 p.m. Pacific Time (the "**Confirmation Objection Deadline**"):

    Elizabeth DeFlyer, Esq.
    Coleman Law Associates, APLC
    9708 S. Gilespie St., Ste. A-106
    Las Vegas, NV 89183
    Telephone: (702)699-9000
    Fax: (702)699-9006
    Attorneys for Debtors

and it is further

    **ORDERED** that any party failing to file and serve an objection to the Amended Plan #2 dated 3/23/10 in compliance with this Order shall be barred from raising any objections at the Confirmation Hearing; and it is further

    **ORDERED** that the Confirmation Hearing may be adjourned from time to time without prior notice to holders of claims, holders of equity interests, or other parties in interest other than the announcement of the adjourned hearing date at the Confirmation Hearing; and it is further

    **ORDERED** that pursuant to Bankruptcy Rules 3018(c) and 3017(a), the form of ballots for Class 2 and Class 3 are approved; and it is further

    **ORDERED** that pursuant to Bankruptcy Rules 3017 (c) and 3018(a), the holders of claims in Classes 2 and 3 of the Amended Plan #2 filed 3/23/10 as of the Record Date may vote to accept or reject the Amended Plan #2 filed 3/23/10 by indicating their acceptance or rejection of the

Page 3

1 Amended Plan #2 filed 3/23/10 on the ballots provided therefore; and it is further

2 **ORDERED** that the provision of notice in accordance with the procedures set forth in this Order and the Voting Procedures shall be deemed good and sufficient notice of the Confirmation Hearing, the Voting Deadline and the Confirmation Objection Deadline; and it is further

**ORDERED** that, pursuant to Bankruptcy Rule 3017(c), but except as otherwise expressly provided in the Voting Procedures, in order to be considered as acceptances or rejections of the Amended Plan #2 dated 3/23/10, all ballots must be properly completed, executed, marked and actually received by the Solicitation and Tabulation Agent on or before the Voting Deadline; and it is further

**ORDERED** that, the Solicitation and Tabulation Agent is authorized and directed to effect any action reasonably necessary to accomplish the solicitation and tabulation services contemplated by the Disclosure Statement and the Voting Procedures; and it is further

**ORDERED** that the Debtors are not required to mail a Solicitation Package or an Unimpaired Class Notice (as the case may be) to any individual or entity at an address from which notice of the Disclosure Statement Hearing was returned by the United States Postal Service as undeliverable, unless the Debtors or the Solicitation and Tabulation Agent are provided with a more accurate address prior to the Record Date. The Solicitation and Tabulation Agent shall report any undeliverable solicitation packages in its ballot declaration; and it is further

**ORDERED** that any entity entitled to vote to accept or reject the Amended Plan #2 dated 3/23/10 may change its vote before the Voting Deadline by casting a superceding ballot so that such superceding ballot is actually received by the Solicitation and Tabulation Agent on or before the Voting Deadline; and it is further

**ORDERED** that the Debtors are authorized and empowered to take such other actions and execute such other documents as may be necessary or appropriate to implement the terms of this

COLEMAN LAW ASSOCIATES, A PROFESSIONAL LAW CORPORATION
9708 South Gilespie Street, Suite A-106
Las Vegas, NV 89183
Telephone (702) 699-9000   Facsimile (702) 699-9006

1  Order; and it is further

3  **ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all

4  matters arising from or in relation to the implementation of this Order.

9  Submitted by:
COLEMAN LAW ASSOCIATES, APLC

11 By: /s/Elizabeth DeFlyer, Esq.
ELIZABETH DEFLYER, ESQ.
12 Nevada Bar No. 010021
13 9708 S. Gilespie Street, Suite A-106
Telephone: (702)699-9000
14 Facsimile: (702) 385-2741
Las Vegas, NV 89183
15 Attorneys for Debtors

Page 5

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

  X   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**NO PARTIES APPEARED OR FILED FORMAL OPPOSITIONS**

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

###

Page 6

COLEMAN LAW ASSOCIATES, A PROFESSIONAL LAW CORPORATION
9708 South Gilespie Street, Suite A-106
Las Vegas, NV 89183
Telephone (702) 699-9000   Facsimile (702) 699-9006