**Entered on Docket
June 01, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Select Portfolio Services
09-71822

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-13257-mkn |
| Lydia Llanes Bernabe and Manuel Ballangca Bernabe dba Sun Rise, LLC dba L & M Residential fdba Board and Go Services, Inc. dba Southern Hills Board & Care Home, LLC, | Date: April 6, 2010<br>Time: 1:30 p.m.<br><br>Chapter 11 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

1  The Secured Creditor's Motion for Relief from Automatic Stay having come on for hearing on
2  April 6, 2010, with the parties appearing by and through counsel, and agree as follows:
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
4  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
5  Secured Creditor Deutsche Bank National Trust Company, as Trustee on behalf of the holders of the
6  Terwin Mortgage Trust 2006-17HE, Asset-Backed Certificates, Series 2006-17HE, its assignees and/or
7  successors in interest, of the subject property, generally described as 8605 Copper Falls Ave., Las
8  Vegas, NV 89129.
9  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
10 Debtors and Trustee at least five business days' notice of the time, place and date of sale.
11 DATED this 20th day of May, 2010.

Submitted by:
**WILDE & ASSOCIATES**

By /s/ #10099
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
ELIZABETH DEFLYER, ESQ.
9708 South Gilespie Street
Suite A-106
Las Vegas, NV 89183
Attorney for Debtor(s)


In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    \_\_\_\_ The court waived the requirements of LR 9021.
    \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
    \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    _X_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
    \_\_\_\_ appeared at the hearing, waived the right to review the order
    \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

    \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
    \_\_\_\_ appeared at the hearing, waived the right to review the order
    \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    \_\_\_\_ approved the form of this order    \_\_\_\_ disapproved the form of this order
    \_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

    \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor